NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar Number 13644
JARED L. GRIMMER
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
jared.grimmer@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>VENANCIO JUAREZ-CESAR,<br>　　aka VENANCIO JUAREZ-SANTIAGO,<br>　　aka VENANCIO SANTIAGO,<br>　　aka VENANCIO JUAREZ,<br>　　aka CESAR JUAREZ,<br>　　aka DELPHINO JUAREZ RAMIREZ,<br><br>　　　　　Defendant. | Case No. 2:20-mj-00281-VCF<br><br>**Stipulation for an Order Directing Probation to Prepare a Criminal History Report** |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Jared L. Grimmer, Assistant United States Attorney, counsel for the United States of America, and Wendi Overmyer, Assistant Federal Public Defender, counsel for Defendant Venancio Juarez-Cesar, that the Court direct the U.S. Probation Office to prepare a report detailing the defendant's criminal history.

　　　　This stipulation is entered into for the following reasons:

1. The defendant has elected to review the government's Fast Track offer to resolve this matter. If he accepts this offer, the parties will jointly request an expedited sentencing date 45 days from the change of plea.

2. The U.S. Probation Office cannot begin obtaining the defendant's criminal history until after the defendant enters his guilty plea unless the Court enters an order directing the U.S. Probation Office to do so. Such an order is often entered in the minutes of a defendant's initial appearance.

3. The U.S. Probation Office informs the government that it would like to begin obtaining the defendant's criminal history now so that it can complete the Presentence Investigation Report by the time of the expected expedited sentencing.

Accordingly, the parties request that the Court enter an order directing the U.S. Probation Office to prepare a report detailing the defendant's criminal history.

DATED this 20th day of April, 2020.

Respectfully submitted,

NICHOLAS A. TRUTANICH
United States Attorney

_____//s//_____  _____//s//_____
WENDI OVERMYER  JARED L. GRIMMER
Assistant Federal Public Defender  Assistant United States Attorney
Counsel for Defendant
VENANCIO JUAREZ-CESAR

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-mj-281-VCF |
| Plaintiff, | **Order Directing Probation to Prepare a Criminal History Report** |
| v. | |
| VENANCIO JUAREZ-CESAR,<br>  aka VENANCIO JUAREZ-SANTIAGO,<br>  aka VENANCIO SANTIAGO,<br>  aka VENANCIO JUAREZ,<br>  aka CESAR JUAREZ,<br>  aka DELPHINO JUAREZ RAMIREZ, | |
| Defendant. | |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served:

IT IS HEREBY ORDERED that the U.S. Probation Office is directed to prepare a report detailing the defendant's criminal history.

DATED this 22nd day of April, 2020.

HONORABLE CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE