# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>VENANCIO JUAREZ-CESAR,<br><br>    Defendant. | Case No. 2:20-cr-00107-KJD-DJA<br>*SEALED*<br><br>**ORDER** |

    Based on the Stipulation of counsel and good cause appearing,

    IT IS THEREFORE ORDERED that the Arraignment/Plea Hearing currently scheduled on July 21, 2020 at the hour of 9:00 a.m., be vacated and continued to <u>September 1, 2020</u> at the hour of <u>11</u> : <u>00</u> <u>a</u>.m.

    DATED this <u>14th</u> day of July, 2020.

_____
UNITED STATES DISTRICT JUDGE

3