# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00107-KJD-DJA |
| Plaintiff, | **Order Unsealing Case** |
| v. | |
| VENANCIO JUAREZ-CESAR,<br>  aka VENANCIO JUAREZ-SANTIAGO,<br>  aka VENANCIO SANTIAGO,<br>  aka VENANCIO JUAREZ,<br>  aka CESAR JUAREZ,<br>  aka DELPHINO JUAREZ RAMIREZ, | |
| Defendant. | |

Upon consideration and review of the Government's motion:

IT IS HEREBY ORDERED that the above-captioned matter, *United States of America v. Venancio Juarez-Cesar,* is unsealed.

**DATED** this <u>14th</u> day of July, 2020.

By the Court:

_____
Hon. Kent J. Dawson
United States District Judge